**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 00-6351**

────────────

DENNIS I. GREEN,

　　　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

FRANKLIN T. DUPREE, JR.; HENRY V. BARNETTE,
JR.; JANICE M. COLE; KIERAN SHANAHAN; BILL
WEBB; FRANK JACKSON; JOHN R. SIMPSON; ANTHONY
SULESKI; STEPHEN J. HUSK; MARY JACKSON; LYNN
CAWLEY WILSON; LARRY JONES; ARTHUR MARKS;
NANCY E. DAVIS; GEORGE W. KELLY; WILLIAM I.
BERRYHILL, JR.; KAREN THOMAS; TONI L. DEPAUL;
MACK JARVIS; J. BAKER WILLIAMS; MS. MENSHEW;
MR. HOY; R. BOSTIC; J. T. HAYWOOD,

　　　　　　　　　　　　　　　　　　Defendants - Appellees.

────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-99-571-CT-5-H)

────────────

Submitted: May 11, 2000　　　　　　Decided: May 17, 2000

────────────

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Dennis I. Green, Appellant Pro Se.  Janice McKenzie Cole, United
States Attorney, Raleigh, North Carolina; William McBlief, OFFICE
OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dennis I. Green, a North Carolina inmate, appeals the district
court's order denying relief upon his pro se petition for writ of
mandamus under 28 U.S.C.A. § 1915A (West Supp. 1999).  We have re-
viewed the record and the district court's opinion and find that
this appeal is frivolous.  Accordingly, we dismiss the appeal on
the reasoning of the district court.  See Green v. Dupree, No. CA-
99-571-CT-5-H (E.D.N.C. Dec. 21, 1999).  We dispense with oral
argument because the facts and legal contentions are adequately
presented in the materials before the court and argument would not
aid the decisional process.

DISMISSED

2